≈JS 45  (5/97) - (Revised USAO MA 3/25/2011)

# Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:** Marlborough, MA    **Category No.** II    **Investigating Agency** DEA

**City** Marlborough

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  25-4069-DHH
Search Warrant Case Number  See Below
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Ricardo Gonzalez Guzman    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Killin"

Address: 195 W Main Street, Marlborough, MA 01752

Birth date (Yr only): 1986    SSN (last 4#): ____    Sex: M    Race: White    Nationality: Mexico

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: J. Mackenzie Duane    Bar Number if applicable: _____

Interpreter: ☑ Yes  ☐ No    List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** 3/5/2025

☑ Already in Federal Custody as of  3/5/2025  in  Hudson P.D.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/6/2025    Signature of AUSA: JMD

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Ricardo Gonzalez Guzman

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Distribution and possession with intent to distribute cocaine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) | Possession with intent to distribute 500 grams or more of cocaine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

24-5256-JGD; 25-5002-JGD; 25-5003-JGD; 25-5067-JGD; 25-5068-JGD